

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF RECORD RETURN

**FILED**

July 21, 2016

JUL 21 2016 $EW$

To:  Thomas G. Bruton
UNITED STATES DISTRICT COURT
Northern District of Illinois
Chicago , IL 60604-0000

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| No. 15-1143 | CAUSE OF ACTION, Plaintiff - Appellant |
| | v. |
| | CHICAGO TRANSIT AUTHORITY, an Illinois municipal corporation, Defendant - Appellee |

| **Originating Case Information:** |
| District Court No: 1:12-cv-09673 |
| Northern District of Illinois, Eastern Division |
| District Judge Robert M. Dow |

The mandate or agency closing letter in this cause issued on April 6, 2016.
Returned herewith is the record which was transmitted to this court.

Sealed Envelopes:                           5

RECORD ON APPEAL STATUS:          Additional record (return now complete) consisting of

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                                    **Received by:**

07/21/16                          _Emily Wall_

form name: **c7_Record_Return_toDC**(form ID: **205**)